IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:18-CV-193-RJC-DCK

| | |
|---|---|
| JEFFREY DEAN SHOOK and JEREMY SEAN SHOOK, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) **ORDER**<br>) |
| CITY OF LINCOLNTON, et al., | )<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 5) filed by B. Tyler Brooks, concerning David C. Gibbs, III on January 11, 2019. David C. Gibbs, III seeks to appear as counsel *pro hac vice* for Plaintiffs Jeffrey Dean Shook and Jeremy Sean Shook. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 5) is **GRANTED**. David C. Gibbs, III is hereby admitted *pro hac vice* to represent Plaintiffs Jeffrey Dean Shook and Jeremy Sean Shook.

**SO ORDERED**.

Signed: January 14, 2019

David C. Keesler
United States Magistrate Judge