# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:18-CV-193-RJC-DCK

| | |
|---|---|
| JEFFREY DEAN SHOOK and JEREMY SEAN SHOOK, | ) )  ) |
| Plaintiffs, | ) ) |
| v. | ) **ORDER** ) |
| CITY OF LINCOLNTON, et al., | ) ) |
| Defendants. | ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 6) filed by B. Tyler Brooks, concerning Kimberly Y. Smith Rivera on January 11, 2019. Kimberly Y. Smith Rivera seeks to appear as counsel *pro hac vice* for Plaintiffs Jeffrey Dean Shook and Jeremy Sean Shook. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 6) is **GRANTED**. Kimberly Y. Smith Rivera is hereby admitted *pro hac vice* to represent Plaintiffs Jeffrey Dean Shook and Jeremy Sean Shook.

**SO ORDERED**.

Signed: January 14, 2019

David C. Keesler
United States Magistrate Judge